

# NUMBER 13-18-00225-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIO VARGAS,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court on the reporter's fourth request for an extension of time to file the record. The reporter's record in this matter was originally due on May 19, 2018. The reporter has previously requested and received three extensions of time to file the record. This Court granted the reporter until January 14, 2019 to file the record. The reporter was notified that no further extensions would be granted absent exigent

circumstances. Instead of filing the record, the reporter has filed a fourth extension requesting until January 21, 2019 to file the record. The extension request does not specify why she has been unable to file the record.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

Reporter, Esther Natividad, is hereby ORDERED to file the reporter's record in this Court no later than February 4, 2019. No further motions for extension of time will be entertained by the Court. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of January, 2019.